**IN THE STATE COURT OF COBB COUNTY**

**STATE OF GEORGIA**

| | |
|---|---|
| GINGER HULSEY, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO.: |
| | 21A2780 |
| DOLGENCORP, LLC, MICHAEL JAMESON, JOHN DOE (2-3) and JOHN DOE CORPORATION (1-3), | |
| Defendants, | |

**PLAINTIFF'S RESPONSE TO DEFENDANT
DOLGENCORP, LLC'S FIRST REQUEST FOR ADMISSIONS**

COME NOW PLAINTIFF GINGER HULSEY, by and through her undersigned counsel, and responds to Defendant Dolgencorp, LLC's First Request for Admissions as follows:

1.

As of September 8, 2021, Plaintiff incurred at least $15,000 in medical expenses that she claims were caused by her August 4, 2019 slip at the Dollar General Corporation store located at 4450 Dawsonville Highway, Gainesville, Georgia 30506.

**RESPONSE:**      Admit.

2.

Plaintiff continues to receive medical treatment she contends is necessitated by the alleged August 4, 2019 slip and fall.

**RESPONSE:**      Deny.

3.

Plaintiff continues to incur expenses for medical treatment she contends is necessitated by the alleged August 4, 2019 slip and fall.

**RESPONSE:**      Plaintiff denies she is currently incurring expenses for medical treatment but admits that her treating physician has indicated a future knee replacement may be necessary.

4.

Plaintiff seeks the recovery of lost wages in connection with the alleged August 4, 2019 slip.

**RESPONSE:**    Admit.

5.

Plaintiff seeks a recovery for diminished capacity to labor in connection with the alleged August 4, 2019 slip and fall.

**RESPONSE:**    Deny.

6.

Plaintiff seeks to recover for past, current and future pain and suffering incurred as a result of the alleged August 4, 2019 slip and fall.

**RESPONSE:**    Admit.

7.

Plaintiff seeks to recover for past, current and future emotional distress incurred as a result of the alleged August 4, 2019 slip and fall.

**RESPONSE:**    Admit.

8.

Plaintiff seeks to recover a total damages award that is greater than $75,000.00.

**RESPONSE:**    After reasonable inquiry, Plaintiff can neither admit or deny paragraph 8 as total damages are determined by the enlightened conscious of the jury.

9.

Plaintiff seeks to recover a total damages award that is less than $75,000.00.

**RESPONSE:**   After reasonable inquiry, Plaintiff can neither admit or deny paragraph 9 as total damages are determined by the enlightened conscious of the jury.

10.

Plaintiff will ask the fact-finder for an award of money damages in excess of $75,000.

**RESPONSE:**   After reasonable inquiry, Plaintiff can neither admit or deny paragraph 10 at this point in discovery.

11.

Plaintiff will ask the fact-finder for an award of money damages less than $75,000.

**RESPONSE:**   After reasonable inquiry, Plaintiff can neither admit or deny paragraph 11 at this point in discovery.

12.

Plaintiff will ask the fact-finder for an award of money damages not to exceed $75,000.

**RESPONSE:**   After reasonable inquiry, Plaintiff can neither admit or deny paragraph 12 at this point in discovery.

Respectfully submitted this 3rd day of February, 2022.

**JONATHAN R. BROCKMAN, P.C.**

**/s/Cynthia Matthews Daley**
CYNTHIA MATTHEWS DALEY
Georgia Bar No. 476520
Attorney for Plaintiff

128 Newnan Street
Carrollton, GA 30117
770-205-8887, phone
770-205-8879, fax
cdaley@brockmaninjurylawyer.com

## IN THE STATE COURT OF COBB COUNTY

## STATE OF GEORGIA

GINGER HULSEY,

        Plaintiff,

v.

DOLGENCORP, LLC, MICHAEL
JAMESON, JOHN DOE (2-3) and
JOHN DOE CORPORATION (1-3),

        Defendants,

CIVIL ACTION FILE NO.:

21A2780

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT DOLGENCORP, LLC'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF** by Statutory Electronic Service to the following counsel of record:

Erica L. Morton, Esq.
Erica.morton@swiftcurrie.com
Brianna S. Tucker, Esq.
Brianna.tucker@swiftcurrie.com
SWIFT CURRIE MCGHEE & HIERS, LLP
1355 Peachtree St NE Ste 300
Atlanta GA 30309-3231

This 3rd day of February, 2022.

        **/s/Cynthia Matthews Daley**
        CYNTHIA MATTHEWS DALEY
        Georgia Bar No. 476520