# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

January 12, 2023

Clerk of State Court Cobb County
The State Court of Cobb County

    **RE:**    Ginger Hulsey v. Dolgencorp, LLC et al
            Your Case Number: 21A2780
            Our Case Number: 1:22-cv-00925-SEG

Dear Clerk of Court:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                      Sincerely,

                      Kevin P. Weimer
                      District Court Executive
                      and Clerk of Court

              By:   s/ A. Edwards
                      Deputy Clerk

Enclosure